**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TANYA MARIE NELSON, | ) | Case No. 26-40252 |
| | ) | |
| Debtor. | ) | |

**MOTION TO DISMISS**

COMES NOW Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Dismiss, states as follows:

1. The Debtor filed her petition for relief under Chapter 7 of the Bankruptcy Code on June 3, 2026.
2. The Debtor attended the original scheduled meeting of creditors on July 10, 2026, but the Trustee did not conduct the hearing because the Trustee did not receive certain requested documents.
3. The original meeting of creditors was rescheduled for July 24, 2026.
4. Debtor failed to attend the rescheduled meeting of creditors on July 24, 2026.
5. The Trustee rescheduled the meeting of creditors for August 14, 2026, but Debtor did not attend the rescheduled meeting of creditors.
6. The Debtor failed to attend two meeting of creditors. The Trustee requests this case be dismiss pursuant to Local Rule 2003(f).

WHEREFORE, Trustee prays that Debtor's bankruptcy case be dismissed for her failure to attend two 341 meeting of creditors pursuant to Local R. Bankr. P. 2003(f).

Dated: August 17, 2026

Respectfully Submitted,

/s/ Dana S. Frazier
Dana S. Frazier, Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED this 17th day of August, 2026, with the correct postage prepaid and deposited in the U.S. Mail in Murphysboro, Illinois.

Tanya Marie Nelson
621 E Buena Vista St
Chester, IL 62233

U.S. Trustee

/s/ Dana S. Frazier
Dana S. Frazier, Trustee

Frazier Law Office, LLC
P.O. Box 159
Murphysboro, IL 62966
Phone: (618) 687-5707
frazierlaw@frontier.com