# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

TANYA MARIE NELSON

Debtor,

In Proceedings
Under Chapter 7

Case No. 26-40252

ORDER

This matter is before the Court on the Debtor's Motion for Contempt and Sanctions against America's Car Mart filed on July 8, 2026. An Order having been entered on August 18, 2026, dismissing this case, IT IS ORDERED that the Debtor's Motion for Contempt and Sanctions against America's Car Mart is DENIED AS MOOT.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: September 8, 2026

/s/ Mary E Lopinot 12

UNITED STATES BANKRUPTCY JUDGE